**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CONFLUENCE STRATEGY PARTNERS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 13-1333 |
| v. | ) ) | Judge Cathy Bissoon |
| CARDELL CABINETRY, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Consistent with Defendant's filing at Docket Number 8, the Court has confirmed that

Defendant has been placed into involuntary bankruptcy under § 303(b) of Chapter 7 of the

United States Bankruptcy Code. *See* In re Cardell Cabinetry, LLC, 13-53117-cag (W.D. Tex.

Bankr. (San Antonio Div.)). Pursuant to 11 U.S.C. § 362, the claims against Defendant are

**STAYED,**[1] and this case is **ADMINISTRATIVELY CLOSED**. Lehman v. Revolution

Portfolio L.L.C., 166 F.3d 389, 392 & n.3 (1st Cir. 1999) ("[w]e endorse the judicious use of

administrative closings by district courts . . . . to await the lifting of the automatic stay imposed

by the Bankruptcy Code"); *accord* Penn West Assocs., Inc. v. Cohen, 371 F.3d 118, 128 (3d Cir.

2004) (citing with approval rationale in Lehman).

---

[1] Involuntary bankruptcy triggers the automatic stay. Interpool, Ltd. v. Certain Freights of M/VS Venture Star, 878 F.2d 111, 112 n.4 (3d Cir. 1989); *accord* Interbusiness Bank, N.A. v. First Nat'l Bank of Mifflintown, 328 F. Supp.2d 522, 524 (M.D. Pa. 2004).

IT IS SO ORDERED.


November 18, 2013                                    s\Cathy Bissoon_____
                                                     Cathy Bissoon
                                                     United States District Judge


cc (via ECF email notification):

All Counsel of Record